UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORER,<br><br>                Plaintiff,<br><br>   vs.<br><br>UNIVERSAL PROTECTION SERVICES,<br><br>                Defendant. | CASE NO. LA CV11-10320 JAK-AJW<br><br>[Honorable John A. Kronstadt]<br><br>**JUDGMENT**<br><br>**JS-6**<br><br>Complaint filed: December 14, 2011<br>Second Amended Complaint Filed: November 2, 2012 |

     This matter came on for hearing on the Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment of Defendant UNIVERSAL PROTECTION SERVICE, LP (erroneously sued herein as "Universal Protection Services") ("Defendant") against Plaintiff DAVID MOORER ("Plaintiff"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, before the Honorable John A. Kronstadt. Appearances by the parties are noted in the official record of the proceedings.

     This Court having duly considered the arguments set forth by the parties, as well as the parties' moving and opposition papers and all pleadings and records on file herein, it is hereby ORDERED, ADJUDGED and DECREED that:

1  Defendant is entitled to judgment as a matter of law as to Plaintiff's claims
2 for: violation of 42 U.S.C. section 2000(e)(b) (First Cause of Action); and violation
3 of 42 U.S.C. section 1981 (Second Cause of Action);
4  Plaintiff's claims against Defendant are dismissed with prejudice in their
5 entirety and he shall take nothing;
6  Defendant shall have judgment against Plaintiff on all of his claims; and
7  Defendant, as the prevailing party, shall be entitled to seek to recover its
8 costs incurred in this action.

DATED: May 2, 2013   _____

Honorable John A. Kronstadt
U.S. District Court Judge